```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                        :
ANA CHALAS,                                             :
                                                        :
                        Plaintiff,                      :
                                                        :         22 Civ. 3917 (JPC)
            -v-                                         :
                                                        :         ORDER
YASSO, INC.,                                            :
                                                        :
                        Defendant.                      :
                                                        :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff filed the Complaint in this action on May 13, 2022.  Dkt. 1.  Defendant was served with the Complaint on June 7, 2022, making its answer due by June 28, 2022.  Dkt. 5.  The deadline for Defendant to respond to the Complaint has passed and Defendant has not appeared in this action nor answered the Complaint.

It is hereby ORDERED that no later than July 22, 2022, Plaintiff shall move for default judgment as to Defendant, in accordance with Local Civil Rule 55.2 and 3.D of the Court's Individual Rules and Practices for Civil Cases, or show cause why this case should not be dismissed for failure to prosecute.  Pursuant to this Court's Individual Rules, Plaintiff must serve her motion for default judgment and supporting paperwork on Defendant by July 22, 2022, and must file an Affidavit of Service on ECF by July 26, 2022.  Defendant shall file any opposition to the motion for default judgment no later than August 5, 2022.  Plaintiff shall file any reply no later than August 12, 2022.  Plaintiff should prepare to discuss why she has Article III and statutory standing to bring this action.

It is further ORDERED that Defendant appear and show cause at a hearing before this Court on August 18, 2022, at 3:00 p.m., why an order should not be issued granting a default judgment

against Defendant. That hearing shall take place telephonically. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. In the event that Defendant does not appear, Plaintiff's counsel should be prepared to discuss any communications with Defendant or representatives for Defendant regarding this litigation and any intent to challenge the suit, including discussions about the alleged illegal conduct prior to the filing of the lawsuit; how Defendant was served with the Summons and Complaint and this Order; why Plaintiff's counsel is confident that Defendant has been served with those documents and have notice of the hearing; and the method for calculating damages. In the event that Defendant appears in this case and opposes the motion for default judgment prior to the scheduled court appearance on August 18, 2022, that court appearance shall also serve as an Initial Case Management Conference pursuant to 5.B of the Court's Individual Rules and Practices in Civil Cases.

    It is further ORDERED that Plaintiff serve Defendant via overnight courier with a copy of this Order within one week of the date of this Order. Within two business days of service, Plaintiff must file proof of such service on the docket.

    SO ORDERED.

Dated: July 7, 2022  
       New York, New York

                                            JOHN P. CRONAN  
                                        United States District Judge